**FILED**

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0681

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0681

_____

DAVID RAFES-BAIRSTOW,

      Plaintiff and Appellant,

v.

ALEX RATE, JENNIFER DWYER,
and MARTIN SMITH,

      Defendants and Appellees.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to David Rafes-Bairstow, to all counsel of record, and to the Honorable Rhienne H. McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2020